No. 02A1060.  PAUL v. MADISON APARTMENTS.  Super. Ct. N. J., Passaic County, Special Civil Part.  Application for stay of

judgment pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.